1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELKA ZWICK,                              No.  2:16-cv-734-EFB

12                   Plaintiff,

13         v.                                  ORDER AND ORDER TO SHOW CAUSE

14   MICHAEL ZWICK,

15                   Defendant.

16

17         By an order filed October 27, 2016, a settlement conference was set before the

18   undersigned on April 13, 2017 at 10:00 a.m.  ECF No. 14.  That order directed the parties to

19   submit confidential settlement conference statements to chambers not later than seven (7) days

20   prior to the settlement conference, or April 6, 2017.  The parties failed to do so and are in

21   violation of that order.

22         After the deadline to submit settlement conference statements passed, the parties

23   submitted a joint stipulation requesting modification of the dates in the scheduling order, but not

24   addressing their failure to timely submit settlement conference statements.  ECF No. 15.  Given

25   the pending stipulation, which will be addressed by separate order, the settlement conference will

26   be vacated.  The parties will be ordered to show cause why sanctions should not issue for their

27   failure to timely submit settlement conference statements.  E.D. Cal. L.R. 110.

28   /////

1

Accordingly, it is hereby ORDERED that:

1. The Settlement Conference, currently set for April 13, 2017, is vacated; and

2. Counsel for both parties are ordered to show cause within fourteen (14) days why sanctions should be imposed for their failure to timely submit settlement conference statements.

DATED: April 21, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE