UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELKA ZWICK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ZWICK,<br><br>　　　　Defendant. | No.  2:16-cv-734-EFB<br><br><br>ORDER |

The parties filed a joint motion to modify the court's scheduling order, which explains that defendant was delayed in producing discovery and needs additional time to produce more documents.  ECF No. 15.

Good cause appearing, it is hereby ORDERED that:

1. The parties' joint motion to modify the scheduling order (ECF No. 15) is granted in part; and

2. The court's Status (Pretrial Scheduling) Order (ECF No. 14) is amended as follows:

| | |
|---|---|
| Discovery Cutoff: | January 24, 2018 |
| Discovery Motion Cutoff: | December 20, 2017 |
| Expert Disclosure: | November 15, 2017 |
| Expert Rebuttal: | December 20, 2017 |
| Pre-trial Motions: | March 21, 2018 |

Final Pre-trial Conference: June 13, 2018

Trial: August 7, 2018

So Ordered.

DATED: May 17, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE