UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELKA ZWICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ZWICK,<br><br>　　　　　Defendant. | No. 2:16-cv-734-EFB<br><br><br><br>ORDER |

This case was before the court on June 13, 2018, for a final pretrial conference. Attorney Brian DeAmicis appeared on behalf of plaintiff and attorney David Barrett appeared on behalf of defendant.

As stated on the record, the parties failed to timely file their joint pretrial statement fourteen days prior to the pretrial conference in violation of the court's scheduling order. *See* ECF No. 14. Counsel have not shown show good cause for their violation of the order and this is both counsel's second violation of the scheduling order. *See* ECF No. 20. While the court appreciates that both counsel were contrite at the hearing and offered assurances that there will not be future violations, the court cannot disregard entirely that this is a repeat violation notwithstanding the court's explicit admonition in discharging an earlier order to show cause without imposing sanctions that any future violations will result in sanctions. Accordingly, it is hereby ORDERED that Mr. Barrett and Mr. DeAmicis are each sanctioned in the amount of

1

$300.  This sum shall be paid to the Clerk of the Court no later than 21 days from the date of this order.  This sanction is personal to counsel and is not to be passed on to their clients in the form of attorney fees or costs.

Further, for the reasons stated on the record the August 7, 2018 trial is vacated.  The court will address further scheduling of this case at the July 11, 2018 hearing on plaintiff's motion to enforce a settlement agreement.

So Ordered.

DATED:  June 21, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE