UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELKA ZWICK,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL ZWICK,<br><br>           Defendant. | No. 2:16-cv-734-EFB<br><br><br><br>ORDER |

This case was before the court on July 11, 2018, for hearing on defendant's motion to enforce a settlement agreement. ECF No. 27. Attorney David Barrett appeared on behalf of defendant and attorney Brian DeAmicis appeared on behalf of plaintiff. For the reasons stated on the record, it is hereby ORDERED that:

    1. A settlement conference is set before the undersigned on September 18, 2018 at 10:00 a.m. in Courtroom No. 8.

    2. The parties are directed to submit confidential settlement conference statements via e-mail (efborders@caed.uscourts.gov) to chambers seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements. Each party is reminded of the requirement that it be represented

in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. *See* Local Rule 270.

     3. Defendant's motion to enforce a settlement agreement (ECF No. 27) is denied without prejudice to renewal after the completion of the September 18 settlement conference.

     So Ordered.

DATED: July 12, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE